UNITED STATES DISTRICT Court
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 8:99-cr-345-T-23TBM

GUADALUPE MALDONADO
                                                                  /

**O R D E R**

Maldonado's "Motion for Re-Sentencing" (Doc. 198) is **DENIED**.  Maldonado seeks to again challenge the application of a four-level enhancement for his leadership role and the rejection of a three-level reduction for acceptance of responsibility.  These issues were rejected on direct appeal, United States v. Guadalupe Maldonado, No. 01-11737 (February 26, 2002) (Doc. 170), and are not entitled to another review.  See, e.g., Davis v. United States, 417 U.S. 333 (1974).  Accord United States v. Nyhuis, 211 F.3d 1340, 1343 (11th Cir. 2000) ("The district court is not required to reconsider claims of error that were raised and disposed of on direct appeal.  United States v. Rowan, 663 F.2d 1034, 1035 (11th Cir.1981).  'Once a matter has been decided adversely to a defendant on direct appeal it cannot be re-litigated in a collateral attack under section 2255.'  United States v. Natelli, 553 F.2d 5, 7 (2d Cir.1977).").

ORDERED in Tampa, Florida, on April 22, 2005.

                                                            STEVEN D. MERRYDAY
                                           UNITED STATES DISTRICT JUDGE

SA/ro